IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAKEISHA YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-0676-CV-W-ODS |
| ) | |
| KANSAS CITY AREA ) | |
| TRANSPORTATION AUTHORITY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER DISMISSING CASE

The parties have filed a stipulation of dismissal. This action is dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

DATE: February 24, 2011

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT