IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LAKEISHA YOUNG ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KANSAS CITY AREA ) <br> TRANSPORTATION AUTHORITY, et al ) <br> ) <br> Defendant. ) <br> ) | Case No. 10-0676-CV-W-ODS |

**JUDGMENT IN A CIVIL CASE**

☐   Jury Verdict. This action came before the Court for a trial by jury.

☒   Decision by Court. The issues have been considered and a decision has been rendered by the court.

   Based upon stipulation of the parties, IT IS ORDERED dismissing this action with prejudice, each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Dated 2/24/2011         ANN THOMPSON
                       Court Executive

                       /s/Joella Baldwin
                       By: Deputy Clerk